UNITED STATES DISTRICT COURT
for the

Northern District of Texas

Fort Worth Division

Case No.   4:21-cv-01098-O

|  |  |
|---|---|
| DAVID A. FOLEY | ) |
| *Plaintiff* | ) |
| **-v-** | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| JOSEPH R. BIDEN, JR. | ) |
| In his official capacity as President | ) |
| of the United States only | ) |
| *Defendant* | ) |
|  | ) |

**[Proposed] ORDER**

Plaintiff having established proper grounds to include additional parties, and no party being prejudiced by the amendment, it is hereby ORDERED that the following shall be added as party defendants [or Plaintiff is hereby granted leave to amend his Complaint to name as party defendants the following]:

1.    Lauren McFerran, in her official capacity only as Chairman of the National Labor Relations Board;

2.      Jennifer Abruzzo, in her official capacity only as General Counsel of the National Labor Relations Board;

3.      Kiran Ahuja, in her official capacity only as the Director of the Office of Personnel Management and Co-Chair of the Safer Federal Workforce Task Force

4.      Robin Carnahan, in her official capacity only as the Administrator of General Services and Co-Chair of the of the Safer Federal Workforce Task Force

5.      Jeff Zients, in his official capacity only as the COVID-19 Response Coordinator and Co-Chair of the Safer Federal Workforce Task Force;

6.      Neera Tanden, in her official capacity only as the Director of the Office of Budget and Management and Member of the of the Safer Federal Workforce Task Force;

7.      L. Eric Patterson in his official capacity only as, the Director of the Federal Protective Service and Member of the Safer Federal Workforce Task Force;

8.      James M. Murray, in his official capacity only as the Director of the United States Secret Service, Member of the Safer Federal Workforce Task Force

9.      David Pekoske, in his official capacity only the Administrator of the Federal Emergency Management Agency, and Member of the Safer Federal Workforce Task Force; and

10.     Rochelle Walensky, in her official capacity only as as the Director of CDC, 1600 Clifton Road, NE, Mail Stop D-72, Atlanta, Georgia 30333, and as Member of the Safer Federal Workforce Task Force.

**SO ORDERED** on this **8th day of October, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE