UNITED STATES DISTRICT COURT
for the

Northern District of Texas

Fort Worth Division

Case No.   4:21-cv-01098-O

)
DAVID A. FOLEY                              )
*Plaintiff*                                   )
**-v-**                                        )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )
JOSEPH R. BIDEN, JR.                        )
In his official capacity as President       )
of the United States only                   )
*Defendant*                                   )
                                            )

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Due to the evolving nature of the purported COVID-19 pandemic, Plaintiff's own recent

recovery from a COVID-19 infection, and the continuously emerging data related to the efficacy

of COVID-19 vaccines and mandates, Plaintiff respectfully moves to withdraw the previous

motion which he filed on October 8, 2021, and hereby requests that this Honorable Court grant

him leave to amend the Complaint to include additional party defendants, provide additional

facts, introduce new theories of liability, and clarify the remedies that he seeks.  Along with this

motion, Plaintiff includes a copy of the proposed amended complaint which he seeks to file and

serve on the appropriate parties.

Respectfully submitted this 12t[h] day of November,

By: _____

David A. Foley
Texas Bar No. 24122807
David.Foley.JMJ@proton.com
(682)325-8378
1542 Wayside Dr.
Keller, Texas

By: _____

Daniel S. Flickinger
Alabama State Bar No. 9539N77F
dflick@gmail.com
205-470-6997
P.O. Box 36956
Hoover, AL 35236

**Certificate of Conference**

On this day, November 12, 2021, Plaintiff conferred with Defendant with respect to this motion. Defendant does not agree to the motion but intends to oppose it on grounds including futility.

David A. Foley
Texas Bar No. 24122807
David.Foley.JMJ@proton.com
(682)325-8378

3

## Certification of Service

I certify that I have served the above motion and the draft complaint by virtue of electronic service on all parties via the e-file system.

11/12/21

David A. Foley
Texas Bar No. 24122807
David.Foley.JMJ@proton.com
(682)325-8378
1542 Wayside Dr.
Keller, Texas